UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK

## AFFIDAVIT OF SERVICE


*2583989*

Index no :1:16-CV-04260-ENV

| Plaintiff(s): | GUSTAVIA HOME, LLC |
| --- | --- |
| Defendant(s): | DEBRA A. DERBY, ET AL |

STATE OF NEW YORK
COUNTY OF SUFFOLK    ss.:

Mohamed Soliman, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of eighteen and not a party to this action. I reside in the STATE OF NEW YORK.

On 12/07/2016 at 6:12 PM, I served the within **1303 NOTICE-Help for Homeowners in Foreclosure in bold fourteen-point type and printed on colored paper, and the title to the notice printed in twenty-point type in compliance with RPAPL Sect 1303.; SUMMONS IN A CIVIL ACTION AND VERIFIED COMPLAINT; CERTIFICATE OF MERIT Bearing Index Number 1:16-CV-04260-ENV and date of filing of 08/03/2016** on **RICARDO VAZ** at **3320 AVENUE H, APARTMENT 1A, BROOKLYN, NY 11210** in the manner indicated below:

**SUITABLE AGE:** By delivering a true copy of said documents to **DEBRA A. DERBY, EX-WIFE**, a person of suitable age and discretion. Said premises is **defendant's** place of residence within the state.

On 12/13/16, deponent enclosed a copy of above mentioned documents to **RICARDO VAZ** at said **defendant's** Place of Residence, at 3320 AVENUE H, APARTMENT 1A,BROOKLYN, NY ,11210 in a 1st Class postpaid properly addressed envelope not indicating that the mailing was from an attorney or concerned legal action and marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office.

Comments: **6 STORY RED BRICK APARTMENT BUILDING**

A description of the **defendant**, or other person served on behalf of the **defendant** is as follows:

| Sex | Color of skin/race | Color of hair | Age | Height | Weight |
| --- | --- | --- | --- | --- | --- |
| Female | Black | Black | 32 | 5ft8in-5ft11in | 150-174 lbs |
| Other Features: | | | | | |

Your deponent asked the above mentioned recipient whether the **defendant** was active in the military service and received a negative reply. Upon information and belief I have; being based on the conversations and observations above narrated, **defendant** is not active in the military service.

Sworn to and subscribed before me on

12/13/16

Notary Public,

SHEILA BROILLET
Notary Public, State of New York
No. 01BR4963771
Qualified in Suffolk County
Commission Expires March 19, 2018

X _____
Mohamed Soliman
License#: 2031140
Alstate Process Service Inc.
60 Burt Drive
Deer Park,NY 11729
631/667-1800

THE MARGOLIN & WEINREB LAW GROUP, LLP
165 EILEEN WAY, SUITE 101
SYOSSET,NY 11791
516-921-3838

Atty File#: 461 QUINCY STREET


*2503909*

## Affidavit of Service by Mail
PURSUANT TO CPLR 3215

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| GUSTAVIA HOME, LLC <br><br> -against- <br><br> DEBRA A. DERBY, ET AL | Att File: 461 QUINCY STREET <br> Internal Id: 2503909 <br> Index: 1:16-CV-04260-ENV <br> S & C Filed: 08/03/2016 |

State of New York
County of Suffolk    ss.:

**Mohamed Soliman** being duly sworn, deposes and says deponent is not a party to this action and is over the age of eighteen years and resides in the State of New York.

That on **December** _13_ 2016 Deponent mailed a copy of the **SUMMONS and 1303 Notice** in this action on those defendants listed below by first class mail in an envelope bearing the legend "personal and confidential" and not indicating on the outside of the envelope that the communication is from an attorney or concerns an alleged debt.

Defendant(s):   RICARDO VAZ
3320 AVENUE H, APARTMENT 1A, BROOKLYN, NY 11210

Said mailing(s) was made to the Defendant(s) place of residence.

The foregoing statements are true, under penalty of perjury.

Sworn to before me on :  12/13/16

Mohamed Soliman

SHEILA BROILLET
Notary Public, State of New York
No. 01BR4963771
Qualified in Suffolk County
Commission Expires March 19, 2018

Alstate Process Service Inc. - 60 Burt Drive Deer Park, NY 11729 - Tel: 631/667-1800 - Fax: 631/667-0302
THE MARGOLIN & WEINREB LAW GROUP, LLP - 165 EILEEN WAY, SUITE 101 SYOSSET, NY 11791 516-921-3838